JACOB ISRAEL, as Administrator, etc., Appellant, v. MEYER KAUFMAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of NELL ROACH HANNAN, Appellant, for a Peremptory or an Alternative Mandamus Order against THE TEACHERS' RETIREMENT BOARD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM GOLDBERG, Respondent, v. BROADWAY CENTRAL SECURITIES CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PHILIP A. ROTH, Appellant, v. FRANKLIN BAKER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN BLANK, Respondent, v. DEREN COAT Co., INC., and LOUIS DEREN, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, upon payment of a full bill of costs to date, including ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE W. FANNING, Trading, etc., Appellant, v. VICTOR SARETSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAMS, GINSBERG Co., INC., Respondent, v. ROCKFORD NATIONAL FURNITURE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAMS, GINSBERG Co., INC., Respondent, v. ROCKFORD NATIONAL FURNITURE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX R. WILNER, Respondent, v. SIGMUND ROMBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX R. WILNER, Respondent, Appellant, v. SIGMUND ROMBERG, Appellant, Respondent.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after plaintiff has completed his examination of defendant before trial. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PINEGROVE COAL COMPANY, INC., Appellant, v. NELS THEODORE ARVIDSON, Individually, etc., and NATIONAL BONDED COAL COMPANY, INC., Respondents. F. DUDLEY KOHLER, Attorney for Plaintiff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.